IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**FLOYD JOHNSON** **PLAINTIFF**
*ADC #077727*

v.  CASE NO. 2:23-CV-00146-BSM

**DOES, et al.** **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE